SCWC-12-0000133

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee.

vs.

JASON CURTIS and MELISSA HALL,
Petitioners/Defendants-Appellants,
and
GENEVIEVE WALKER, Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000133; CR. NO. 11-1-0016)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants Jason Curtis and Melissa Hall's applications for writ of certiorari filed on April 19, 2016, are hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 1, 2016.

Gregory H. Meyers
for petitioner
Jason Curtis

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

Daniel G. Hempey
for petitioner
Melissa Hall

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

